IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

MINGDE SONG              )

       Plaintiff/ Petitioner   )

     v.                  )

The United States of America and  )
MICHAEL CHERTOFF, Secretary of   )
Homeland Security           )
                               )
                               )
      Defendants/ Respondents  )

RECEIVED

2007 JAN 26 P 3: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CV. NO. 2:07-CV-77-WHA

## **PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS**

COMES NOW, the Plaintiff, in the above-styled cause and for cause of action would show unto the Court the following:

This action is brought against the Defendants to compel action on an application for  permanent residence status within the United States (known commonly as a "green card") filed by the Plaintiff.  The application was filed and remains within the jurisdiction of the Defendants who have improperly withheld action on said application to Plaintiff's detriment

### **Nature of the Action, Jurisdiction and Venue**

This is an action for Mandamus relief seeking to order a United States government agency to act in accordance with the law. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. § 701 et seq., and 28 U.S.C. § 2201.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e), in that this is an action brought against officers and

agencies of the United States in their official capacities,
brought in the District where the plaintiff resides

## Exhaustion of Remedies

Plaintiff has exhausted his administrative remedies.  There
is no internal remedy within the Bureau of Citizenship and
Immigration Services or otherwise within the Department of
Homeland Security for requiring a timely ruling on a petition
before them.  Plaintiff has made numerous inquiries concerning the
status of the applications to no avail (see attached exhibits)

## Cause of Action

1.   On or about September 23, 2003, the Texas Service Center
of the Department of Homeland Security in Mesquite Texas approved
the Plaintiff's petition to be classified as an alien of
extraordinary ability as an engineer which allowed him to adjust
his status from temporary to immigrant status and become a "green
card holder" and work permanently for the sponsoring employer or
otherwise  (See, Ex. 2)

2.   To become a green card holder one has to apply on form I
485 to the appropriate office of the Department of Homeland
Security (in this case the office would be in Mesquite, Texas)
where the case will be processed.

3.   The Plaintiff filed his form I 485 and accompanying
documents with the Texas Service Center and they were noted as
received on November 19, 2003.  (See  Ex. 3)

4.   Final Processing has not been completed and no green

card has been issued as of this date.

    5.   According to the published records of the Department of Homeland Security, currently I 485's received on June 15, 2006 are being processed meaning that the Plaintiff's petition is approximately two and one years past due in obtaining a final ruling.  (See Ex. 4)

    6.   Plaintiff has made repeated inquiries of the Department of Homeland Security  in order to resolve this unreasonable delay through counsel and through congress.  (See Ex. 1) but his petition has still not been ruled upon.

    7.   Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law.  Defendants' have willfully and unreasonably delayed and refused to adjudicate Plaintiff's application.

    8.   The plaintiff has a wife and child that also have petitions pending as immediate relatives of the plaintiff which are pending.

    9.   While the defendant is allowed to work pursuant to a temporary work authorization document, said document must be renewed annually and additional fees have to be paid thus causing pecuniary loss to the plaintiff.

    10.  Plaintiff must also obtain a temporary travel document for when he travels outside the United States which also require additional fees to be paid to the defendant causing pecuniary loss to the plaintiff.

    11.  The stress and uncertainty of his status and that of his family is taking an emotional toll on the plaintiff and his family

as well as causing uncertainty and stress to his employer, Rheem Manufacturing.

12.    The defendants, in violation of the Administrative Procedures Act, 5 U.S.C. § 701 et seq. are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

## Claim for Relief

WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration the Court enter an order:

(a)    requiring Defendants to IMMEDIATELY adjudicate Plaintiff's application for permanent residency and that of his family as additional beneficiaries;

(b)    awarding Plaintiff's reasonable attorneys' fees pursuant to the Equal Access to Justice Act; and

(c)    granting such other relief at law and in equity as justice may require.

Respectfully Submitted,


Ben E. Bruner
Attorney for the Plaintiff
505 S. Perry Street
Montgomery, Alabama  36104
(334) 323-4462

EX. 1
(7 PAGES)

STEPHANIE C. LU
ATTORNEY

HENRY A. QUENIN
ATTORNEY

OF COUNSEL
HAROLD FRYDAY ATTORNEY
PATRICK MEYERING ATTORNEY

LAW OFFICE OF
**STEPHANIE C. LU**
725 S. GARFIELD AVENUE
ALHAMBRA, CA 91801
(626) 282-2665
FAX: (626) 282-3750

CHINA
HONG KONG

August 12, 2005

USCIS
Texas Service Center
Attn: Officer #397

Re:    Inquiry on I-485 Response to Request for Evidence
       Principal Applicant:   SONG, Mingde (SRC-04-037-50720, A79 511 288)
       Derivative Applicatn:  WANG, Hong (SRC-04-037-50798, A97 919 578)
                              SONG, Liheng (SRC-04-037-50878, A97 919 577)

Dear Officer;

I am the legal representative for the above-mentioned applicants.  On April 20, 2005, I've been advised that the case was stilling reasonable pending after our response to RFE on December 23, 2004.  Since then, we have not heard from the Services.  Please advise on the status of the applicant and families' I-485.

Thank you very much for your assistance and attention of these matters.  Please kindly let us know at your earliest convenience if further information is needed.

Sincerely,
Law offices of Stephanie Chang

Johnson Wu,
Legal Assistant

P.S. Please see the current contact information for the above applicants.

Home Address: 1014 Lake Ridge Square
              Johnson City, TN 37601
Phone Number: (423) 943-6453

TENNESSEE

http://frist.senate.gov

Finance

Health, Education, Labor, and Pensio

Rules and Administration

# United States Senate

WASHINGTON, DC 20510–4205

P. 15-2

August 23, 2005

Dr. Mingde Song
1014 Lake Ridge Square
Johnson City, TN 37601

Dear Dr. Song:

Your request for assistance has been forwarded to this office for action. Senator Frist looks forward to the opportunity to help with your problem.

Enclosed please find a waiver of the Privacy Act. We will need to have this form completed before Senator Frist or members of his staff can become involved in your case. Due to security concerns, mail service to United States Senate offices may be delayed from four to six weeks. Please return the waiver by facsimile to 615/352-9985. If you do not have access to facsimile, please send your letter to the following address:

Office of Senator William H. Frist, M.D.
28 White Bridge Road, Suite 211
Nashville, TN 37205
Attn: Mark Winslow

Once we have received the completed waiver, we will contact the necessary government agencies and attempt to bring about a positive resolution of your difficulties. Following the initial inquiry on your behalf, we must allow thirty days for the contacted agency to respond.

If you have any additional information pertaining to the case, please include copies along with the form. Please be advised that any documentation you provide may be copied and forwarded to the appropriate agency.

Thank you for contacting Senator Frist with your concerns. I look forward to your reply.

Sincerely,

Mark Winslow
Constituent Services

Enclosure

**U.S. Department of Homeland Security**
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488



**U.S. Citizenship
and Immigration
Services**

Thursday, August 25, 2005

LIHENG SONG
PO BOX 475
JOHNSON CITY TN 37605

Dear LIHENG SONG:

On 08/09/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | SONG, MINGDE |
| **Caller indicated they are:** | A parent of the applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 11/21/2003 |
| **Receipt #:** | SRC-04-037-50878 |
| **Beneficiary (if you filed for someone else):** | SONG, LIHENG |
| **Your USCIS Account Number (A-number):** | A097919577 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Name check for one of the family members is pending security clearance.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

LAMAR ALEXANDER
TENNESSEE

# United States Senate

WASHINGTON, DC 20510

August 30, 2005

Mr. Mingde Song
1014 Lake Ridge Square
Johnson City, Tennessee  37601

Dear Mingde,

Thanks for getting in touch with me regarding U. S. Citizenship and Immigration Services.  I'd be happy to assist in any way I can.

In order to get started, the Privacy Act of 1974 requires many of the federal and state agencies we work with to have the written permission of an individual before they can release any private information.  Therefore, I'll need you to complete and return the enclosed Privacy Act Release form.

Once my office receives this form, we can start looking into this matter.  If you have any questions or comments, please feel free to contact my office at 423-325-6240.

Sincerely,

Lamar

Enclosure

LAW OFFICE OF
## STEPHANIE C. LU
725 S. GARFIELD AVENUE
ALHAMBRA, CA 91801
(626) 282-2665
FAX: (626) 282-3750

STEPHANIE C. LU
ATTORNEY

HENRY A. QUENIN
ATTORNEY

OF COUNSEL
HAROLD FRYDAY ATTORNEY
PATRICK MEYERING ATTORNEY

CHINA
HONG KONG

October 17, 2005

USCIS
Texas Service Center
Attn: RFE Unit
PO Box 850965
Mesquite, TX 75185-0965

Re:  Never receive Request for Evidence notice
     Case Number: SRC-04-037-50720
     Alien's Name: Mingde SONG
     Alien Registration Number: A79 511 288

Dear Sir or Madam:

We have been informed by our client, Mingde Song, that the case was wrongfully stated as "waiting for RFE response" status since December 09, 2004. Please be advised that I am the attorney of record, and I have not received any request for evidence notice (RFE notice), or any other related correspondence regarding the above-mentioned alien.

On December 15, 2004, we received a "Notice of Request for Additional Information" from TSC for Liheng SONG, daughter of the above-mentioned alien. We responded with all requested documents on December 23, 2004. Since Mr. Mingde Song is the principal Applicant of her daughter's I-485, this might be the reason of wrongfully issued another RFE notice.

Please advise the current status of this case. I thank you in advance for your cooperation in correcting this error and continue process the case.

Sincerely yours,

Stephanie Chang, Esq.

STEPHANIE C. LU
ATTORNEY

HENRY A. GUBNIN
ATTORNEY

OF COUNSEL
HAROLD PRYBAY ATTORNEY
PATRICK NEYERING ATTORNEY

**LAW OFFICE OF**
**STEPHANIE C. LU**
725 S. GARFIELD AVENUE
ALHAMBRA, CA 91801
(626) 282-2665
FAX: (626) 282-3750

CHINA
HONG KONG

March 2, 2005

*Expedite Review Denied*
*3/7/05  whel*
*Currently processing $2/43*

USCIS
Texas Service Center
Attn: Officer #397
PO Box 850965
Mesquite, TX 75185-0965

RE:    Inquiry on I-485 Response to Request for Evidence

File: SRC-04-037-50878 (A97 919 577)
Applicant: SONG, Liheng
Principal Applicant: SONG, Mingde (SRC-04-037-50720/A79 511 288)

Dear Officer:

We are the attorneys representing the above-mentioned applicant in their I-485 petitions
and applications. We are submitting this inquiry in order to find out the current
processing status of this case. Please note that the applicant filed her I-485 in 11/19/2003
together with her father, principal applicant. She did submitted a response to your RFE
by express mail on 12/23/2004. Since then, we have not heard from the Services. Please
advise on the status of the applicant and families' I-485.

Thank you very much for your assistance and attention of these matters.

Sincerely,
Law Offices of Stephanie Chang

Stephanie Chang, Esq.

Attached: RFE, Express Mail Confirmation

**U.S. Department of Homeland Security**
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488



**U.S. Citizenship
and Immigration
Services**

Friday, July 28, 2006

MINGDE SONG
1014 LAKE RIDGE SQ
JOHNSON CITY TN 37601

Dear MINGDE SONG:

On 07/07/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 11/21/2003 |
| **Receipt #:** | SRC-04-037-50720 |
| **Beneficiary (if you filed for someone else):** | SONG, MINGDE |
| **Your USCIS Account Number (A-number):** | A079511288 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

See attached

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

EX. 2

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I140 |
|---|---|
| SRC-02-274-50064 | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| September 24, 2002 | September 23, 2002 | SONG, MINGDE |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| September 12, 2003 | 1 of 1 | SONG, MINGDE |

| | |
|---|---|
| STEPHANIE C. LU<br>LAW OFFICES OF STEPHENIE C LU<br>725 S GARFIELD AVE<br>ALHAMBRA CA 91801 | **Notice Type:** Approval Notice<br>Section: Alien of Extraordinary<br>Ability, Sec.203(b)(1)(A) |

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone:** (800) 375-5283



EX. 3

**U.S. Department of Justice**
Immigration and Naturalization Service

## Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-04-037-50720 | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>November 19, 2003 | PRIORITY DATE | APPLICANT   A79 511 288<br>SONG, MINGDE |
| NOTICE DATE<br>November 21, 2003 | PAGE<br>1 of 1 | |

| | |
|---|---|
| STEPHANIE C. LU ESQ<br>LAW OFFICES OF STEPHANIE C LU<br>725 S GARFIELD AVE<br>ALHAMBRA CA 91801 | **Notice Type:**  Receipt Notice<br><br>Amount received: $  305.00<br>Section: Adjustment as direct<br>         beneficiary of immigrant<br>         petition |

The above application or petition has been received.  It usually takes 990 to 999 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 09/07/93) N

EX. 4
(4 PAGES)

# U. S. Citizenship and Immigration Services

Print This Page    Back

## U.S. Citizenship and Immigration Services
## Texas Service Center Processing Dates
## Posted December 18, 2006

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending we will be processing cases that were filed earlier than yours. This chart tells you which cases the Service Center is processing and the date the cases were received by the Service Center.

### How do I use this chart?

Locate the type of application or petition you filed under the heading "Form" or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Service Center.

### When Can I Call The National Customer Service Center?

If you filed your case 30 days or more before the date shown under the heading "Processing Cases with Receipt Date of" and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and you responded more than 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

If you have filed any of the following forms and the indicated times have passed, please call our National Customer Service Center at 1-800-375-5283.

> Form EOIR-29: If you filed more than 60 days ago and you need to confirm that your case was sent to the Board of Immigration Appeals.
>
> Form I-290A, Motion to Reopen or Reconsider: If you filed more than 6 months ago and you have not received a reply.
>
> Form I-290B, Notice of Appeal to the Administrative Appeals Unit:
>
> > Initial receipt and preliminary processing: If you filed more than 60 days ago (from the date of receipt by the Service Center), and you need to confirm that your case was sent to the Administrative Appeals Office.

> Remands and sustained decisions: If it has been more than 60 days since the date the Administrative Appeals Office notified you in writing that it remanded (sent your case back) to the Service Center or sustained the decision (decided in your favor), and you have not received a response from the Service Center.

Waiver of the 2-Year Foreign Residence Requirement (For waiver applications that DO NOT require Form I-612). This includes waivers based on No Objection Statements, Interested Government Agency requests, and State Health Department requests. If the Department of State's Waiver Review Division sent the favorable waiver recommendation to the Service Center more than 60 days ago, and you have not received a response from the Service Center.

### Service Center Processing Dates for **Texas** Posted December 18, 2006

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|--------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | June 12, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | September 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | November 30, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | November 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | May 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | November 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 11, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | September 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | June 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | June 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | June 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | June 15, 2006 |

Service Center Processing Dates        https://egov.immigration.gov/cris/jsps/Processtimes.jsp?SeviceCent...

| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | June 15, 2006 |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | June 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | June 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | June 15, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | June 15, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | June 15, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | August 01, 2001 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | June 15, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | September 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | September 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | September 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | September 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | September 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | September 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | September 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | September 14, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | June 30, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents) | June 15, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | September 28, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | November 16, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | September 28, 2006 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | September 28, 2006 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | June 15, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | June 15, 2006 |

5/1/70 5:13 PM

| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | June 15, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | June 15, 2006 |

Print This Page    Back

01-16-2007 12:29 PM EST