**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

s. Attorney, Civil Process
erk
ddle District of Alabama
0. Box 197
ntgomery, Alabama 361010197

2:0cv77-WHA

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Nancy Yarn  B. Date of Delivery 2/7/07

C. Signature
X Nancy Yarn
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number (Copy from service label)
7004 1160 0003 5796 2283

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952