| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* / B. Date of Delivery<br>C. Signature<br>X _Emmett L Parker_ FEB 0 9 /07<br>☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Attorney General<br>tment of Justice<br>ennsylvania Avenue<br>B 324<br>agton, D. C. 20530<br><br>2:07 CV77-WHA | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7004 1160 0003 5796 2306 | |
| PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952 | |