| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery FEB 16 2007<br>C. Signature X [signature] ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Michael Chertoff<br>Secretary of Homeland Sec.<br>U.S. Dept. of Homeland Sec.<br>Washington, [SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY stamp]<br><br>2:07CV77-WHA | SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label)<br>1004 1160 0003 5796 2290 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |