IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MINDGE SONG,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:2:07-CV-77-WHA |
| | ) |
| **UNITED STATES OF AMERICA, et al,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

Come now the Federal Defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure moves the Court for a 60-day extension of time, to and including June 8, 2007, within which to file an answer or other response in the above-styled case.

In support of this motion, counsel shows unto the Court that all information necessary for the formation of an answer and/or response has not yet been received from the appropriate federal agency. This information is essential in the compilation of the answer or other response.

Defendant has attempted to contact counsel for Plaintiff regarding his position on this request but was unable to reach him.

Respectfully submitted this the 6th day of April, 2007.

                                                    LEURA G. CANARY
                                                    United States Attorney
                                                    By: s/R. Randolph Neeley
                                                    R. RANDOLPH NEELEY
                                                    Assistant United States Attorney
                                                    Bar Number: 9083-E56R
                                                    Post Office Box 197
                                                    Montgomery, AL 36101-0197
                                                    Telephone No.: (334) 223-7280
                                                    Facsimile No.: (334) 223-7418

E-mail **rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's Attorney, Deborah Hill Biggers, Esquire.

s/R. Randolph Neeley
Assistant United States Attorney