IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MINGDE SONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv077-WHA |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Motion for Extension of Time (Doc. #6), filed by the Defendants on April 6, 2007. Upon consideration, it is hereby

ORDERED that the Plaintiff show cause, if any there be, **on or before April 13, 1007**, why the motion should not be granted.

The court notes that the Certificate of Service attached to the motion shows service of the motion on Deborah Hill Biggers, as attorney for the Plaintiff, while the attorney of record for the Plaintiff in this case is actually Ben E. Bruner.

DONE this 9th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE