IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MINGDE SONG,                          )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )    CIVIL ACTION NO. 2:07cv077-WHA
                                      )
THE UNITED STATES OF AMERICA, et al., )
                                      )
            Defendants.               )

## ORDER

This case is before the court on the Motion for Extension of Time (Doc. #6), filed by the United States on April 6, 2007. The court entered an order (Doc. #7) giving the Plaintiff until April 13, 2007, to show cause why the motion should be granted. No response having been filed by the Plaintiff, the motion is GRANTED, and it is hereby

ORDERED that the Defendants are given **until June 8, 2007**, to file an answer or other response to the Complaint.

DONE this 17th day of April, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE