IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MINDGE SONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:**2:07-CV-77-WHA** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| et al, | ) |
| | ) |
| Defendants. | ) |

**SECOND MOTION FOR EXTENSION OF TIME**

Come now the Federal Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for an additional 30-day extension of time, to and including July 9, 2007, within which to file an answer or other response in the above-styled case.

In support of this motion, counsel shows unto the Court that all steps necessary for the resolution of the plaintiff's claim have been completed, but the official documentation from the involved federal agency has yet to be received by the plaintiff or the undersigned. It is the parties' anticipation that receipt of this documentation will provide the relief sought in the complaint thus rendering the complaint subject to dismissal on the grounds of mootness.

Defendant has contacted counsel for Plaintiff and he has no objections to this request

Respectfully submitted this the 8th day of June, 2007.

                    LEURA G. CANARY
                    United States Attorney

        By: s/R. Randolph Neeley
            R. RANDOLPH NEELEY
            Assistant United States Attorney
            Bar Number: 9083-E56R
            Post Office Box 197
            Montgomery, AL 36101-0197
            Telephone No.: (334) 223-7280
            Facsimile No.: (334) 223-7418
            **E-mail rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's Attorney, Ben E. Bruner, Esquire.

            s/R. Randolph Neeley
            Assistant United States Attorney