IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MINDGE SONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:**2:07-CV-77-WHA** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| et al, | ) |
| | ) |
| Defendants. | ) |

**SECOND MOTION FOR EXTENSION OF TIME**

Come now the Federal Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for an additional 30-day extension of time, to and including July 9, 2007, within which to file an answer or other response in the above-styled case.

In support of this motion, counsel shows unto the Court that all steps necessary for the resolution of the plaintiff's claim have been completed, but the official documentation from the involved federal agency has yet to be received by the plaintiff or the undersigned. It is the parties' anticipation that receipt of this documentation will provide the relief sought in the complaint thus rendering the complaint subject to dismissal on the grounds of mootness.

Defendant has contacted counsel for Plaintiff and he has no objections to this request

**MOTION GRANTED TO AND INCLUDING July 9, 2007**
**THIS 12th DAY OF June, 2007**
_____
UNITED STATES DISTRICT JUDGE