IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MINGDE SONG, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:07cv077-WHA |
| THE UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

The Plaintiff having made no objection to the Second Motion for Extension of Time (Doc. #11), filed by the United States on July 9, 2007, the motion is GRANTED, and it is hereby

ORDERED that the time for Defendant to file an answer or other response is extended to and including August 8, 2007.

DONE this 17th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE