IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MINDGE SONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:**2:07-CV-77-WHA** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| et al, | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES MOTION TO DISMISS**

The United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, moves to dismiss this action pursuant to Rule 12 (b) (1) of the Federal Rules of Civil Procedure because it is moot. The grounds for this motion are that:

1.    Plaintiff, Mingde Song, seeks a writ of mandamus compelling the United States to immediately adjudicate his petition for permanent resident status. *See* Complaint.

2.    The Department of Homeland Security, Citizenship and Immigration Services, adjudicated and approved plaintiff's petition on or about June 6, 2007. See, plaintiff's Form I-797, attached as Exhibit 1.

3.    Article III of the Constitution of the United States limits the power of the federal courts to actual cases or controversies. Const. art. III, § 2, cl. 1. "A case is moot when it no longer presents a live controversy with respect to which the court can give

meaningful relief." *Cameron-Grant v. Maxim Healthcare Services, Inc.*, 347 F.3d 1240, 1245 (11th Cir. 2003), *cert. denied*, 124 S.Ct. 2096 (2004), *quoting 31 Foster Children v. Bush*, 329 F.3d 1255, 1263 (11th Cir. 2003), *cert. denied*, 124 S.Ct. 483 (2003). The federal courts are without power to decide questions that will no longer affect the rights of the litigants in the case before them. *North Carolina v. Rice*, 404 U.S. 244, 246 (1971).

    4.    The action that plaintiff seeks to has already been performed. Accordingly, plaintiff's petition for a writ of mandamus will no longer affect the rights of the litigants before the Court, and this case is moot.

WHEREFORE, pursuant to Rule 12 (b) (1) of the Federal Rules of Civil Procedure, the United States moves to dismiss this action for lack of subject-matter jurisdiction.

Respectfully submitted this 8th day of August, 2007.

                      LEURA G. CANARY
                      United States Attorney

                By: s/R. Randolph Neeley
                    R. RANDOLPH NEELEY
                    Assistant United States Attorney
                    Bar Number: 9083-E56R
                    Post Office Box 197
                    Montgomery, AL 36101-0197
                    Telephone No.: (334) 223-7280
                    Facsimile No.: (334) 223-7418
                    E-mail **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's Attorney, Ben E. Bruner, Esquire.

s/R. Randolph Neeley
Assistant United States Attorney

# EXHIBIT 1

JUN-11-2007 11:33 AM  STEPHANIE C. LU                626 282 3758              P.01

U.S. Citizenship and Immigration Services                    **I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER SRC-04-037-50720 | | CASE TYPE I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE November 21, 2003 | PRIORITY DATE September 23, 2002 | APPLICANT  A079 511 266  SONG, MINGUE |
| NOTICE DATE June 6, 2007 | PAGE 1 of 1 | |
| STEPHANIE C. LU ESQ  LAW OFFICES OF STEPHANIE C LU  725 S GARFIELD AVE  ALHAMBRA CA 91801 | | Notice Type: Approval Notice  Section: Adjustment as direct beneficiary of immigrant petition  COA: E16 |

The above application has been approved. Prior to receiving your permanent resident card you may be required to report for biometrics processing (photo/fingerprint/signature). Please do not take any action at this time. If you are required to report for this processing, you will receive another notice advising you of the date, time and location to appear.

If you have not received your permanent resident card or the above mentioned notice to appear for biometrics processing within 60 days, please call this office at the number listed below.

Please see the Additional Information on the back. You will be notified separately about any other cases you filed.
INMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N