IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MINDGE SONG, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07cv077-WHA |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of United States Motion to Dismiss (Doc. #14), filed on August 8, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before August 22, 2007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 8th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE