IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MINDGE SONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv077-WHA |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Plaintiff having filed no objection to the Motion to Dismiss filed by the United States on August 8, 2007 (Doc. #14), the court finds that the motion is well-taken, and it is hereby GRANTED.

It is hereby ORDERED that this case is DISMISSED for lack of subject matter jurisdiction.

DONE this 27th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE